**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**BILLY JOE BARKER, JR.,**

        **Petitioner,**

        **v.**                                **CASE NO. 19-3213-SAC**

**DAN SCHNURR,**

        **Respondent. Defendants.**

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's Notice of Appeal. On October 24, 2019, the Court issued a Notice and Order to Show Cause (NOSC) directing petitioner to show why this matter should not be dismissed. The NOSC explained that petitioner's challenge to his sentence presented a question of state law that was not cognizable in federal habeas corpus; that to the extent he alleged the denial of a fair and speedy trial, he had not exhausted those claims in the state courts; and that he presented no specific due process challenge to the decision of the state court concerning the retroactive application of a state law sentencing provision. Petitioner failed to respond to the NOSC, and the Court dismissed the matter and declined to issue a certificate of appealability.

The Court has examined the record and grants petitioner leave to proceed on appeal in forma pauperis.

IT IS, THEREFORE, BY THE COURT ORDERED petitioner's motion to proceed on appeal in forma pauperis (Doc. 7) is granted.

**IT IS SO ORDERED.**

DATED:  This 9th day of December, 2019, at Topeka, Kansas.


> S/ Sam A. Crow
> SAM A. CROW
> U.S. Senior District Judge